# Court of Appeals
## Tenth Appellate District of Texas

10-26-00273-CV

In re Patrick Bain

Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The Petition for Writ of Mandamus, filed on July 9, 2026 by Relator Patrick Bain, is denied. Relator's Emergency Motion for Temporary Relief, filed on July 9, 2026, is dismissed as moot.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: July 16, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Denied
OT06

